# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2021

Bridget M. McCormack,
Chief Justice

161107

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

NEW PRODUCTS CORPORATION,
                Plaintiff/Counterdefendant-
                Appellant,

v

HARBOR SHORES BHBT LAND
DEVELOPMENT, LLC,
                Defendant/Counterplaintiff/
                Third-Party Plaintiff-Appellee,
and

HARBOR SHORES GOLF COURSE, LLC,
                Defendant/Counterplaintiff-
                Appellee,
and

WHIRLPOOL CORPORATION, CORNERSTONE
COMMUNITY ASSET FUND, INC., CITY
OF BENTON HARBOR, BENTON CHARTER
TOWNSHIP, and HORIZON BANK,
                Defendants-Appellees,
and

MICHIGAN MAGNET FUND E, LLC,
HORIZON BANCORP and PNC BANK,
                Defendants,
and

LARRY ALLEN HEALD and HEIDI HEALD,
                Third-Party Defendants.
_____/

SC: 161107
COA: 344211
Berrien CC: 11-000280-CH

On order of the Court, the application for leave to appeal the March 17, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2021



Clerk

p0120